## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES E. ROSE, JR.** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 19-CV-2406** |
| | : | |
| **JENNIFER WILSON, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 6 day of June, 2019, upon consideration of Plaintiff James E. Rose,

Jr.'s Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2) and *pro se* Amended Complaint (ECF No. 4), it is **ORDERED** that:

1.      Leave to proceed *in forma pauperis* is **GRANTED**.

2.      The Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons state by the Court in the accompanying Memorandum.

3.      The dismissal is without prejudice to counsel filing a new lawsuit on behalf of Rose's son to pursue the son's claims.

4.      The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

**JEFFREY L. SCHMEHL, J.**